**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA  17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

May 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Regina S. Hipple
    Bankruptcy Case No. 1-04-04117
    Unclaimed Funds For:  Bank of New York
                          500 Mamaroneck Ave
                          Harrison NY 10528



Dear Clerk:

Enclosed herewith please find check No.740931 for $1,047.86 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Carol A. Kreider
Funds Manager